IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PERRY DEAN MASON, )
)
    Petitioner, )
)
v. ) CASE NOS. CV416-172
) CR410-238
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the Clerk is **DIRECTED** to transfer Petitioner's June 23, 2016 signature-filed § 2255 motion (Doc. 1) to the Eleventh Circuit Court of Appeals for nunc pro tunc filing. Upon such transfer, the Probation Office shall file any Presentence Investigation Report under seal.

SO ORDERED this 3rd day of August 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA